# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: NOMINATION PETITION OF MARK LAVELLE FOR THE DEMOCRATIC PARTY NOMINATION FOR REPRESENTATIVE IN THE GENERAL ASSEMBLY FROM THE 177TH LEGISLATIVE DISTRICT IN THE MAY 19, 2026 PRIMARY ELECTION

APPEAL OF: MARK LAVELLE

: No. 9 EAP 2026
:
: Appeal from the order of the
: Commonwealth Court at docket
: No. 122 MD 2026
:
: SUBMITTED:  April 1, 2026
:
:

## ORDER

**PER CURIAM**            **DECIDED: April 7, 2026**

**AND NOW,** this 7th day of April, 2026, Appellant's Application for Relief to File an Amended Jurisdictional Statement is GRANTED and jurisdiction is noted; Appellant's Application for Relief to Supplement the Appellant's Brief Once the Notes of Testimony from March 23, 2026 Are Received is GRANTED; and the order of the Commonwealth Court is hereby AFFIRMED.

Justice Brobson files a concurring statement in which Justices Dougherty and Mundy join.